## Commonwealth *v.* Rosas, Appellant.

Before Marsh, J.

Submitted June 9, 1975. *Ronald E. Vican,* Public Defender, for appellant; *C. Daniel Higgins,* Assistant District Attorney, and *James F. Marsh,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Saunders, Appellant.

Submitted September 8, 1975. *David C. Harrison,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmet Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.